1
2
3
4
5
6
7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  OSCAR LUNA,

12              Plaintiff,

13        v.

14

15  THE ESTATE OF J.M IRIGOYEN; J.M.
    IRIGOYEN aka JEAN MICHEL
    IRIGOYEN; aka JUAN MIGUEL
16  IRIGOYEN; J.M. IRIGOYEN LAW
    CORPORATION; and CALFED LAW
17  CORPORATION,

18              Defendants.

19

**14-cv-955  LJO-GSA**

**ORDER GRANTING IN FORMA
PAUPERIS APPLICATION**

**ORDER DIRECTING PAYMENT OF
INMATE FILING FEE BY FEDERAL
CORRECTIONAL INSTITUTE, SAFFORD
ARIZONA**

**(Doc. 2)**

20        Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested

21  leave to  proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  He has made the showing

22  required by § 1915(a).   Accordingly, the request to proceed in forma pauperis will be granted.

23  However, Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

24  § 1915(b)(1).  He is also obligated to make monthly payments in the amount of twenty percent

25  (20%) of the preceding month's income credited to plaintiff's trust account.  The Federal

26  Correctional Institute, Safford, Arizona, is required to send the Clerk of the Court payments from

27  plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing

28

1

fee is paid in full.  28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis is GRANTED.

**2.  The Warden of the Federal Correctional Institute, Safford, Arizona or his designee, shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Warden of the Federal Correctional Institution, Safford, Arizona.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California, Fresno Division.

5. Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of all pro se complaints for sufficiency to state a claim. The court must dismiss a complaint or portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that

the deficiencies of the complaint can be cured by amendment.  Plaintiff is advised

that his complaint will be screened in due course.


IT IS SO ORDERED.

    Dated:   __**July 9, 2014**__               _____**/s/ Gary S. Austin**__
                                          UNITED STATES MAGISTRATE JUDGE